UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

Case No. 2:16-CV-14001-KAM

| | |
|---|---|
| **REY DAVID AGUILAR-ZAVALA,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| **RIVERBELL, INC.** and **HARMON FRUIT CONTRACTING, INC.,** | ) |
| **Defendants.** | ) |

## PLANNING AND SCHEDULING REPORT

In accordance with Local Rule 16.1(b) and the Court's Order Requiring Counsel to Confer, File Joint Scheduling Report and File Joint Discovery Report (Docket Entry 5), counsel for the parties have conferred for purposes of preparing the following joint scheduling report and the accompanying proposed scheduling order.

**The following information is provided as required by Local Rule 16.1(a):**

The parties recommend to the Court that this case be assigned to the Standard Track.

**The following information is provided as required by Local Rule 16.1(b)(2):**

**(A) Likelihood of settlement:**

Fairly likely

**(B) The likelihood of appearance in the action of additional parties:**

The parties do not anticipate the appearance in the action of additional parties.

**(C) Proposed limits on the time: (i) to join other parties and to amend the pleadings; (ii) to file and hear motions; and to complete discovery:**

*To join parties and amend parties* – by September 6, 2016

*To file and hear motions* – all pre-trial motions (other than motions in limine) to be filed by March 6, 2017; to be heard by May 8, 2017

*To complete discovery* – by February 6, 2017

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

Some of the issues in the case may be suitable for adjudication through summary judgment or

partial summary judgment.

**(E) The necessity or desirability of amendments to the pleadings:**

Uncertain at this time. Following the deposition of Defendant Riverbell, the parties may wish to

amend their pleadings to conform to the evidence.

**(F) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The parties expect to be able to stipulate to the authenticity of many of the relevant documents.

**(G)  Suggestions for the avoidance of unnecessary proof and cumulative evidence:**

None

**(H)  Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties suggest that discovery motions be referred to a Magistrate Judge.

**(I)  A preliminary estimate of the time required for trial:**

The trial in this case shall be a bench trial.  The parties anticipate that it will require five days to try this case.  This time may be shortened if a substantial number of the Plaintiffs, who reside in Mexico, testify by deposition rather than in person.

**(J)  Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

The parties propose that the matter be scheduled for trial on June 12, 2017, or on a date thereafter.

**(K)  Any other information that might be helpful to the Court in setting the case for status or pretrial conference:**

The Plaintiffs are citizens and residents of Mexico who previously entered the United States on visas to harvest fruit with Defendant Riverbell.  The Plaintiffs believe that many of them will be unable to secure visas permitting them to temporarily enter the United States to testify at the trial of this matter.  *See Luna v. Del Monte Fresh Produce (Southeast), Inc.*, 2007 WL 1500269 at *2,

(N.D. Ga. May 18, 2007) ("It is not only prohibitively expensive for these workers to travel to the United States, it is also potentially impossible due to their immigration status.  Because plaintiffs are poor, it is unlikely that they will that they will be granted a tourist visa or other temporary permission to enter the United States.")  As a result, the Plaintiffs expect that some of them will offer their testimony through depositions conducted in Mexico.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| */s/ Gregory S. Schell*<br>Gregory S. Schell<br>Florida Bar Number 287199<br>MIGRANT FARMWORKER JUSTICE<br>　　PROJECT<br>Post Office Box 32159<br>Palm Beach Gardens, Florida   33420<br>Telephone:　(561) 582-3921<br>Facsimile:　(561) 328-3814<br>e-mail: Greg@Floridalegal.Org | */s/ Andrew Fulton, IV*<br>Andrew Fulton, IV<br>Florida Bar Number 833487<br>KELLEY & FULTON, P.L.<br>1665 Palm Beach Lakes Boulevard<br>The Forum – Suite 1000<br>West Palm Beach, Florida  33401<br>Telephone:　(561) 491-1200<br>Facsimile:　(561) 684-3773<br>e-mail: andrew@kelleylawoffice.com |
| */s/ Sara Mangan*<br>Sara Mangan<br>Florida Bar Number 0112071<br>FLORIDA RURAL LEGAL<br>　　SERVICES, INC.<br>3210 Cleveland Avenue<br>Suite 101<br>Fort Myers, Florida 33901<br>Telephone:　(239) 334 - 4554<br>Facsimile:　(239) 334 - 3042<br>e-mail:　sara.mangan@frls.org | |